DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE MORALES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0198

[April 30, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Usan, Judge; L.T. Case No. 062012CF015794A88810.

Jose Morales, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, SHEPHERD and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***